**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DIGOIL,

                *Petitioner*,

    *v.*

Democratic Republic of Congo,

              *Respondent*.

Civil Action No. _____

**[Proposed] Order**

Upon consideration of the Petition to Confirm Arbitral Award submitted by Petitioner DIGOIL to confirm the arbitral award issued on November 7, 2018 in International Chamber of Commerce ("ICC") Arbitration No. 22370/DDA ("Award") against Respondent, Democratic Republic of Congo ("DRC"), it is hereby

**ORDERED** that the Award is confirmed; and it is further

**ORDERED** that judgment is entered against DRC and in favor of DIGOIL, ordering DRC to pay $619,270,111.62 plus interest calculated at the rate of return of U.S. Treasury bonds for the next 20 years, plus 2%, from the date of November 7, 2018 until the Award is paid in full.

Dated: _____, 2020.

                                        _____
                                        United States District Judge