# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DIGOIL,

               *Petitioner*,

    *v.*

Democratic Republic of Congo,

               *Respondent.*

Civil Action No. 20-1130 (RJL)

## Return of Service

I hereby certify that on July 15, 2020, service of the summons, petition and exhibits thereto, proposed order, and this Court's standing order, together with a notice of suit pursuant to 22 C.F.R. § 93.2 and French translations of all documents that did not already include original French text, to the head of the Ministry of Foreign Affairs of Respondent Democratic Republic of Congo ("DRC") was effected by DHL pursuant to 28 U.S.C. § 1608(a)(3).   The Clerk of the Court previously certified that these service documents were transmitted by DHL through the DHL waybill provided by counsel for DIGOIL.  ECF No. 13.  A copy of that waybill, No. 7434971633, is attached hereto as Exhibit A.  During the course of the shipment, DHL informed counsel for DIGOIL that the delivery had been given a new waybill number, No. 9078027630, as confirmed by email attached hereto as Exhibit B, and by the new waybill, which is attached hereto as Exhibit

C.  A copy of the signed receipt showing delivery of the service documents is attached hereto as

Exhibit D.[1]

I declare under penalty of perjury that the foregoing information is true and correct.

Dated: July 20, 2020                                    Respectfully submitted,

                                                       /s/ Matthew D. McGill
Rahim Moloo, N.Y. Bar #4628616                         Matthew D. McGill, D.C. Bar #481430
rmoloo@gibsondunn.com                                  mmcgill@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP                             Matthew S. Rozen, D.C. Bar #1023209
200 Park Avenue                                        mrozen@gibsondunn.com
New York, NY  10166                                    GIBSON, DUNN & CRUTCHER LLP
Telephone:  (212) 351-4000                             1050 Connecticut Avenue, N.W.
Facsimile:  (212) 351-4035                             Washington, D.C. 20036
                                                       Telephone: (202) 955-8500
                                                       Facsimile: (202) 467-0539


                        *Attorneys for DIGOIL*

---

[1]   The parties' December 14, 2007 and January 21, 2008 Production Sharing Agreements, which established the underlying contractual arrangement and agreement to arbitrate that gave rise to the arbitral award before this Court, contain provisions that direct DIGOIL to provide notice to the head of DRC's Ministry of Hydrocarbons.  *See* ECF No. 1-2, Ex. B, art. 33 ("All notices given under this Contract shall be in writing and set to the Parties by registered post, personal delivery or at the following address."); *id.*, Ex. C, art. 33 ("All notifications regarding this contract must be addressed in writing to the Parties by registered letter.").  To the extent these provisions may be construed as "special arrangement[s] for service" under 28 U.S.C. § 1608(a)(1), DIGOIL has effected service in compliance with both provisions by mailing the service documents via FedEx to the head of DRC's Ministry of Hydrocarbons.  A copy of the receipt showing delivery of the service documents on May 19, 2020 is attached hereto as Exhibit E.  DIGOIL was not required to attempt service pursuant to any "applicable international convention on service of judicial documents" under 28 U.S.C. § 1608(a)(2) because no such convention governs service of process in this case.