IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIGOIL,<br><br>              *Petitioner*,<br><br>   v.<br><br>Democratic Republic of Congo,<br><br>             *Respondent*. | Civil Action No. 20-1130 (RJL) |

**Return of Service**

# EXHIBIT A

**DHL EXPRESS (USA), INC.**

DHL Express (USA), Inc., 1200 South Pine Island Road, Plantation, Florida 33324

Original (DHL Billing) Copy

REORDER 75781 0477-0   QTY 250

1-800-CALL-DHL in USA only   Process and Track your shipment online: http://www.dhl.com

**INTERNATIONAL SHIPMENT WAYBILL** (Non-negotiable)

**1 Payer account number and shipment value protection details**
Charge to: ☒ Shipper ☐ Receiver ☐ 3rd Party
Payer Account No.
Shipment Value Protection (see reverse)
☐ Cash ☐ Check ☐ Credit Card
Not all payment options are available in all countries.
☐ Yes Declared Value for Carriage (in US $) _____

**2 From (Shipper)**
Shipper's Account Number: 757810477
Contact Name: Suria M. Bahadue
Shipper's Reference (up to 35 characters): 23479-00001
Company Name: GIBSON DUNN & CRUTCHER
Address: 1050 CONNECTICUT AVE NW
Post/ZIP Code: 20036   WASHINGTON DC
Phone, Fax, or E-mail (required): 202 955 8600

**3 To (Receiver)**
Company Name: Ministere des Affaires Etrangeres
Contact Person: Marie TUMBA NZEZA
Delivery Address: Boulevard du Palais de la Nation
Place de l'Independance
Kinshasa - Gombe
Country: Republique Democratique du Congo
Post/ZIP Code (required): _____
Phone, Fax, or E-mail (required): _____

7434971633

ORIGIN: DCA   10/09/07   DESTINATION CODE: CMG CMG 3

**Products & Services**
☒ International Express
☐ Non-Dutiable (International Document Service)
☐ Dutiable (Worldwide Priority Express)
☐ Other

Service Options:
☐ Saturday Delivery  ☐ Special Pickup
☒ Delivery Notification  ☒ Signature Required

Global Mail:
☐ Int. Priority  ☐ Int. Standard  ☐ ISAL
☐ Dom. Priority  ☐ Dom. Standard
☐ Other

**4 Shipment Details**
Total number of packages: 1
Total Weight (If DHL Express Document packaging used, enter XD): 6 lbs
Dimensions (in inches): Pieces / Length / Width / Height

**5 Full Description of Contents**
Documents - 250 pages

**6 Dutiable Shipments Only (Customs requirement)**
Attach the original and four copies of a Proforma or Commercial Invoice.
Export License No./Symbol (if applicable)   Receiver's VAT/GST or Shipper's EIN/SSN
Declared Value for Customs (in US $) (as on commercial/proforma invoice)   Schedule B Number / Harmonized Code (if applicable)
AES TRANSACTION NUMBER   TYPE OF EXPORT ☐ Permanent ☐ Repair/Return ☐ Temporary
Destination Duties/Taxes If left blank, Receiver pays duties/taxes.
☐ Receiver ☒ Shipper ☐ Other: _____

**7 Shipper's Authorization (signature required)**
Signature (required): _____   Date: ___/___/___

DIMENSIONAL/CHARGEABLE WEIGHT: _____ lbs
SERVICES   CHARGES   TOTAL
Drop Box #   TRANSPORT COLLECT STICKER No.
PAYMENT DETAILS (Check, Card No.)
No.: _____
Type: _____ Expires ___/___
Auth.: _____
PICKED UP BY
Route No.
Time   Date