Default - Rule 55A                                                                                      (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

DIGOIL

Plaintiff(s)

v.

Civil Action: 20-cv-01130-RJL

DEMOCRATIC REPUBLIC OF CONGO

Defendant(s)

RE:   DEMOCRATIC REPUBLIC OF CONGO

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 07/15/2020, and an affidavit on behalf of the plaintiff having been filed, it is this  20th  day of  September , 2020  declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By:  /s/Jackie Francis
Deputy Clerk