IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DIGOIL,

        *Petitioner*,

v.

Democratic Republic of Congo,

        *Respondent*.

Civil Action No. 20-1130 (RJL)

## Petitioner DIGOIL's Motion for Default Judgment

Pursuant to Federal Rule of Civil Procedure Rule 55(b)(2) and 28 U.S.C. § 1608(e), Petitioner, DIGOIL, by and through its undersigned counsel, respectfully requests that the Court confirm the arbitral award issued on November 7, 2018 in International Chamber of Commerce Arbitration No. 22370/DDA against Respondent, Democratic Republic of Congo, and enter a default judgment against Respondent in the amount of $619,270,111.62, prejudgment interest at a rate of 5.03%, compounded annually, from the date of November 7, 2018 until the date when the judgment is entered, and postjudgment interest at the rate specified in 28 U.S.C. § 1961.

The grounds for this Motion are set forth in the accompanying Memorandum in Support of Motion for Default Judgment, and other pleadings previously filed in this action.

Dated: October 12, 2020

Rahim Moloo, N.Y. Bar #4628616
rmoloo@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone:  (212) 351-4000
Facsimile:  (212) 351-4035

Respectfully submitted,

/s/ Matthew D. McGill
Matthew D. McGill, D.C. Bar #481430
mmcgill@gibsondunn.com
Matthew S. Rozen, D.C. Bar #1023209
mrozen@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Attorneys for DIGOIL*