IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DIGOIL,

        *Petitioner*,

    *v.*

Democratic Republic of Congo,

        *Respondent*.

Civil Action No. 20-1130 (RJL)

**[Proposed] Order**

Pursuant to 28 U.S.C. § 1608(e) and Federal Rule of Civil Procedure 55, and upon consideration of Petitioner DIGOIL's Motion for Default Judgment and the Clerk of Court's entry of default as to Respondent Democratic Republic of Congo ("DRC"), it is hereby

**ORDERED** that Petitioner DIGOIL's Motion for Default Judgment is **GRANTED**; it is further

**ORDERED** that Petitioner DIGOIL shall have judgment by default against Respondent DRC (1) confirming the arbitral award issued on November 7, 2018 in International Chamber of Commerce Arbitration No. 22370/DDA against DRC, and (2) ordering DRC to pay $619,270,111.62, prejudgment interest at a rate of 5.03%, compounded annually, from the date of November 7, 2018 until the date when judgment is entered, and postjudgment interest at the rate specified in 28 U.S.C. § 1961.

Dated: _____, 2020.

                                                  _____
                                                  United States District Judge